**DISMISS and Opinion Filed July 15, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00052-CV

**WALLY YAMMINE, Appellant**
**V.**
**KIM ELLEN LEWISKI, INDIVIDUALLY, HUGHES WATTERS, ASKANASE, LLC, ANTHONY GARCIA, DAMIAN W. ABREO, PNC BANK, NATIONAL ASSOCIATION, SELECT PORTFOLIO SERVING, INC., ET AL., Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-00009-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Justice Pedersen, III

The clerk's record in this case has not been filed. By order dated May 3, 2024, we struck the affidavit of inability to pay filed in this case because the affidavit was filed in a different trial court cause, not in this cause. We informed appellant he could filed an affidavit in this appeal and the underlying cause, but our records do not indicate appellant has done so. By letter dated June 27, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification he (1)

had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

230052F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WALLY YAMMINE, Appellant

No. 05-23-00052-CV      V.

KIM ELLEN LEWISKI, INDIVIDUALLY, HUGHES WATTERS, ASKANASE, LLC, ANTHONY GARCIA, DAMIAN W. ABREO, PNC BANK, NATIONAL ASSOCIATION, SELECT PORTFOLIO SERVING, INC., ET AL., Appellees

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-21-00009-C.
Opinion delivered by Justice Pedersen, III. Chief Justice Burns and Justice Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 15, 2024